# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32431**

————————————

**UNITED STATES**
Appellee

**v.**

**Eric P. VALENCIA**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 26 April 2017

————————————

Military Judge: Brian D. Teter.

*Approved sentence:* Bad-conduct discharge, confinement for 60 days, forfeiture of $1,000 pay per month for two months, and reduction to E-1. Sentence adjudged 24 August 2016 by SpCM convened at Keesler Air Force Base, Mississippi.

*For Appellant:* Major Johnathan D. Legg USAF.

Before DREW, J. BROWN, and MINK, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court